```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
IN RE:                          )    NO: 21-41352
                                )    CHAPTER 13
Kathryn Spray,                  )
                                )    Hearing Date: 10/30/2025
                                )    Hearing Time: 9:00 a.m.
                 Debtor.        )    Courtroom: 7 South
```

TRUSTEE'S RESPONSE TO MOTION TO APPROVE SETTLEMENT OF POST-PETITION CLAIM AND RETAIN PROCEEDS

Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, and states as follows:

1. The Trustee does not oppose Debtor's request for approval of the settlement of her post-petition claim under Title VII of the Civil Rights Act of 1964.

2. Regarding Debtor's request to retain the $18,000 net portion of the settlement, the Trustee requests more information. Specifically, the Trustee requests disclosure of Debtor's current income and expenses.

a) If Debtor's income and expenses are unchanged since schedules I and J were last amended on 6/25/25, then Debtor should file a signed declaration or affidavit stating so.

b) If Debtor's income or expenses have changed since schedules I and J were last amended on 6/25/25, then Debtor should file an amended schedules I and J disclosing current income and expenses.

Respectfully Submitted,

/s/ Joseph M. Wilson
Diana S. Daugherty
Chapter 13 Trustee
Joseph M. Wilson
#123953 MO#51849
Attorney For Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100
(314) 781-8881 (fax)
E-Mail: trust33@ch13stl.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above Trustee's response was filed electronically with the United States Bankruptcy Court on the _10th_ day of October, 2025, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

The undersigned hereby certifies that the above Trustee's response was filed electronically with the United States Bankruptcy Court and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below, on the _10th_ day of October, 2025:

Jacqueline Wilson
2258 Campus Dr.
St. Charles, MO 63301

/s/ Joseph M. Wilson